IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
DISTRICT OF COLUMBIA ex rel          :
                                     :
KENNETH WALKER,                      :
1301 Belmont Street, N.W., #7        :
Washington, DC  20009                :
                                     :
BRINGING THIS ACTION ON              :
BEHALF OF THE DISTRICT               :
OF COLUMBIA                          :
                                     :
c/o Robert J. Spagnoletti            :   Civil Action No.
Attorney General, DC                 :
1350 Pennsylvania Avenue, N.W.       :
Washington, D.C.  20004              :
                                     :
                        Plaintiffs,  :
                                     :
              V.                     :
                                     :
MERCK & COMPANY,                     :
619 One Merck Drive                  :
Whitehouse Station, NJ  08889        :
                                     :
                        Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1, the undersigned, counsel of record for Defendant Merck & Co., Inc. ("Merck"), certifies that to the best of our knowledge and belief, Merck has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: *Katherine Leong*
_____
Douglas R. Marvin
(D.C. Bar No. 933671)
Paul K. Dueffert
(D.C. Bar No. 435452)
Katherine Leong
(D.C. Bar No. 492457)

725 12th Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Attorneys for Defendant Merck & Co., Inc.*

Dated: July 7, 2008

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 7th day of July, 2008, a true copy of the foregoing Corporate Disclosure Statement was served U.S. first-class mail, postage prepaid to the following:

        H. Vincent McKnight, Jr., Esq.
        ASHCRAFT & GEREL, LLP
        2000 L Street, NW
        Suite 400
        Washington, DC  20036

                            */s/ Katherine Leong*
                            Katherine Leong