IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, ex rel.<br>KENNETH WALKER<br>　　　　　　Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br>A NEW JERSEY CORPORATION<br>　　　　　　Defendant. | §<br>§<br>§ Civil Action No. 1:08-cv-01176-PLF<br>§<br>§ Judge: Hon. Paul L. Friedman<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendant Merck & Co., Inc. ("Merck"), incorrectly sued herein as Merck & Company, by and through their counsel, hereby requests the Court to enter an order staying all proceedings in this matter until such time as the Judicial Panel on Multidistrict Litigation (the MDL "Panel") issues a Transfer Order transferring this action pursuant to 28 U.S.C. § 1407 to the Eastern District of Louisiana for coordinated proceedings in MDL-1657.

In support of this request, Defendant shows the Court the following:

1.　This action is one for economic loss allegedly arising out of Plaintiffs' use of Vioxx®, a prescription medicine manufactured and distributed by Merck.

2.　This action raises overlapping factual and legal issues with ten other lawsuits regarding Vioxx filed by state attorneys general, counties, and a private citizen on behalf of the State of Colorado. The MDL Panel designated the Honorable Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana to preside over all cases transferred to MDL-1657. The MDL Panel has transferred nine of these lawsuits to MDL-1657. (One was removed directly to the MDL.)

  3. Merck anticipates that this case will be transferred by the Panel to the Eastern District of Louisiana where it will become part of the coordinated proceedings in MDL-1657.  Merck will notify the Panel of this matter as a tag-along action.

  4. Inasmuch as this case will likely become subject to proceedings in the Eastern District of Louisiana, Merck submits that entry of an order staying all proceedings in this matter pending its transfer to MDL-1657 will promote judicial economy and the parties' resources and is in the interests of justice.

  5. Plaintiffs do not oppose this motion.

WHEREFORE, Defendant respectfully requests the Court to stay all proceedings herein pending the transfer of this action to the United States District Court for the Eastern District of Louisiana and its inclusion in MDL-1657, as per the form of the accompanying Proposed Order.

    Respectfully submitted,

    WILLIAMS & CONNOLLY LLP

    By: __/s/ Katherine Leong_____
     Douglas R. Marvin
     (D.C. Bar No. 933671)
     Paul K. Dueffert
     (D.C. Bar No. 435452)
     Katherine Leong
     (D.C. Bar No. 492457)

    725 12th Street, N.W.
    Washington, D.C.  20005
    (202) 434-5000

    *Attorneys for Defendant Merck & Co., Inc.*

        ASHCRAFT & GEREL, LLP


By:  /s/ H. Vincent McKnight, Jr., Esq.
      H. Vincent McKnight, Jr., Esq.
      2000 L Street, NW
      Suite 400
      Washington, DC  20036
      (202) 416-6334

*Attorneys for Plaintiffs*

Dated:  July 14, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, ex rel. § <br> KENNETH WALKER § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> MERCK & CO., INC., § <br> A NEW JERSEY CORPORATION § <br> § <br> Defendant. § <br> § | Civil Action No. 1:08-cv-01176-PLF <br><br> Judge: Hon. Paul L. Friedman |

**[PROPOSED ORDER] APPROVING DEFENDANT'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Having considered the Defendant's Unopposed Motion for Stay of Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation and finding that there is good cause to grant the requested relief, it is, this _____ day of _____, 2008, by the United States District Court for the District Columbia ORDERED that:

the Defendant's Unopposed Motion for Stay of Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation is GRANTED; and it is further ORDERED that

this action is hereby STAYED in its entirety pending the transfer of this action to the Eastern District of Louisiana.

_____
Judge Paul L. Friedman
United States District Judge

Copies to:

Douglas R. Marvin, Esq.
Paul K. Dueffert, Esq.
Katherine Leong, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

H. Vincent McKnight, Jr., Esq.
ASHCRAFT & GEREL, LLP
2000 L Street, NW
Suite 400
Washington, DC  20036